IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHIRLEY RENICE ALVAREZ                                    PLAINTIFF

vs.                              Civil No. 05-4054

JO ANNE B. BARNHART,
Commissioner, Social Security Administration              DEFENDANT

## JUDGMENT

Comes now the Court on this 19th day of September, 2006, in accordance with the

Memorandum Opinion filed in the above styled case on today's date, and hereby considers,

orders and adjudges that the decision of the Commissioner of Social Security is reversed and

this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for

further consideration consistent with the Memorandum Opinion.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge